UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD MICHAEL CREEL,

Plaintiff,

v.

INSURANCE AGENTS, *et al.*,

Defendants.

Case No. 2:25-cv-2101-DJC-JDP (PS)

ORDER

On August 18, 2025, I screened plaintiff's complaint and dismissed it for failure to state a claim. ECF No. 3. I ordered plaintiff to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* Plaintiff failed to comply with that order. Accordingly, on November 19, 2025, I ordered plaintiff to show cause why this action should not be dismissed. ECF No. 4. I notified plaintiff that if he wished to continue with this lawsuit, he must file an amended complaint. I also warned plaintiff that failure to comply with the November 19 order would result in a recommendation that this action be dismissed. *Id.* After plaintiff failed to respond by the deadline, I recommended that this action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim. ECF No. 5.

1

On December 29, 2025, plaintiff filed objections to the December 6, 2025 findings and recommendations, ECF No. 6, as well as a motion to amend, ECF No. 7.  In the motion to amend, plaintiff curiously seeks to "streamline" this action by dismissing several defendants who were not named in the original complaint.  *See* ECF No. 7 at 8.  Even more curiously, plaintiff is adamant that defendant DJ Mobile is not dismissed—but DJ Mobile was never named in the original complaint.  *See* ECF No. 1 (listing defendants as "Uber," "Lyft," "Government Agencies, "Insurance Agents," and "Medi-Cal Transport Brokers").

However, in light of plaintiff's pro se status, I will grant him a final opportunity to file an amended complaint.  Should he fail to comply with this order, the December 16, 2025 findings and recommendations will be submitted to the district judge for consideration.

Accordingly, it is hereby ORDERED that:

1.  The December 16, 2025 findings and recommendations, ECF No. 5, are held in abeyance.

2.  Plaintiff's motion to amend the complaint, ECF No. 7, is GRANTED.

3.  Plaintiff shall file an amended complaint within fourteen days of the date of this order.

4.  Should plaintiff fail to comply with this order, the December 16, 2025 findings and recommendations will be submitted to the district judge for consideration.

IT IS SO ORDERED.

Dated:   April 21, 2026                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2